IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA BINGHAM, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:07-cv-1598-JHH |
| CREDIT MANAGEMENT, LP, | ) | |
| DEFENDANT. | ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal (doc. # 11) filed September 17, 2008, this action is **DISMISSED**, with prejudice, with each party to bear its own costs.

**DONE** this the  18th  day of September, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE